Page 1-2-3-OF This Letter

Page 1

MHP 555

Edgar Lee WARREN
Inmate ID: 137286
35 County Center DR.
OROVille, ca 95965

DAte 5-29-2008

E-filing CV 08 2787

MHP

(PR)

FILED
JUN 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

08-02787-MHP

Dear United States District court NORTHERN District OF California Judges

mr. Warren is send you This Letter To let you Know that Butte county Jail and The Sergeant BROWNField here at Butte County Jail With hold The Legal mail that Warren Send To united states District court NORTHERN District OF california and it was Butte county Jail have The 42 U.S.C. ~~§§~~ 1983# complaint and The APPOINTMENT OF COUNSEL motion and it was send back To Warren and it had more and it need To send it out To This court so Warren is asking The Federal court Judge To call here To Butte county Jail and told Them To let Warren Legal mail To This court go out To Them and Warren have A other complaint that Warren is Put in about his Legal mail To This court and other issues To. and so ON and so ON

however The officers and sergeants here at Butte county Jail had give Warren Legal mail back To Warren on The Date May 28-2008# and Then Warren had give The Legal mail back To The Sergeants on May 28-2008# and Warren told that sergeants For-B-Pod For that day if Butte county Jail Don't let This Federal mail go out To The NORTHERN District Federal court you will have To answer To The Federal court on This issues. The one Butte county Jail would not let go out and that The 42 U.S.C. §§1983# complaint and The APPOINTMENT OF COUNSEL motion however Warren on The Date May 29-2008# The Sergeant For-B-Pod that day May 29-2008# told Warren Butte county have not let that Legal mail go out at This time and The sergeant said that got To go over it some more so there For you what that mean that they want To go in it and Read it so asking The court To To give Butte county Jail A court

order To send united states District court NORTHERN District OF california Federal Judges all OF that Legal mail and Documents To and all The Exhibit's To and Butte county Jail Know Warren had This complaint and all OF it Put Together Right This is Why Butte county Jail Dont Want that complaint and Appointment OF counsel get To The Federal court. Thank You FOR YOUR time

Signature: Edgar Lee Warren

P.S. all This go with The complaint UNDER The civil Rights Act, Titl 42 U.S.C § 1983 # and The APPOINtMENt OF COUNSEL and Butte county Jail Want let my Letter go To my Family here in Butte county Jail and her name is BRENDA SUE BECK. and one more thing The Sergeant said some thing that they was going in The Legal mail that I send you they said it may be A Bomb in it. Well I would like To know how can I do that when Warren is in Jail.

ABSTRACT WITH EXPARTE PAGE ONE [A] TITLE DATE TIME HOUR MINUTES

IN THY —VS— The MATTERS OF WE THE people —V.S.— UNITED STATES NORTHERN COURT FOR UNITED STATES SAN FRANCISCO DISTRICT LOCAL CIVIL NDC —VS— EDC JURISDICTIONS EXPARTE 1828195518 EX—EXCELL—EXPARTE —CVF 19; STATS 28, 1958. RESOLUTION EXPEDITED EXPARTE NUM CVF 19 [1828195818 28] [2007-2008 JUDICIAL EIN NOTICES]

IN PRO PER EDGAR LEE WARREN [PLAINTIFF] EXPARTE EIN NO. ——— SOCIAL SECURITY NDC EASTERN EDC EXPARTE 1828195618 28 CHIEF —LORD— HOUSE —OF BALTIC ——— IT IS SO ORDERED GRANTED [UNDER SEALS] SS; UNDER SEAL—SEALS—SEALED By SIGNATU— FOR EXPARTE —SIGNATURE —Judgement CREDITOR —CHURCH—DAVID—ISSAC—DI—TOR VITICAN POPE—SIGNATUR —DATE —SEALED

V.S.

peo 95818 people 95896—USC—NDC—WISS— RWW Rhode Island Henderson NORTHERN USC UNITED STATES NORTHERN USC Federal DISTRICT Judge —VS—MAG—VS—CHIEF MAGNISTRATE [UNITED STATES NAMED PART B Defendants AL JUSTICE Ronald A. George vs [WISCONSIN]

[2007] Superior CASE NO. ——— CITATION NUMBER ——— CITY ——— zip code ——— Judge ———

CASE CV— CR— CRIM—

(NDC) EXPARTE REPORT ——— ORGANS ——— RE ——— ORDER ——— ACCUSATORYS ——— RE ——— EXPARTE ——— CLAIM ——— NOTICES ——— ORDER AFFIDAVIT ——— (NDC) ——— RE ——— EXPARTE MOTION ——— ORDER ——— VS Benicia PLEADING ——— REORDERED ——— (NDC) PLAINTIFF ——— PETITION ——— EXPARTE SUMMARY ——— PRAYER ——— REPATORY ——— RE ——— ORDERS IT IS SO ORDERED GRANTED BY CHIEF —ELDEST LORD— ORDERS ——— ORDERS

PROOF OF SERVICE By via USC —USPS— mailing (s) UNDER PENALTY OF PERJURY SO DIRECTING ALL COURTS JUSTICES NDC —VS— BENICIA —Judge—Supre —V.S.—NDC— chief —MAGNISTRATE NORTHERN USC DISTRICT CIVIL COURT Henderson —VS (EDC) FRESNO [United States] IT IS SO EXPARTE ORDERED GRANTED BY CHIEF —EXPARTE —VS—EDC [WISCONSIN]

CVF 19, 28 STATS 99] 1988 Z $1989 (1469. 1541. 1992)

PROOF OF via USC USPS SERVICE SO DIRECTING COURT NDC clerks APPORIATMENT NDC COURT COUNSELS

please MAKE CIVIL COURT ☐ LAW SUEING(S) INTENSTIONS To proceedings SET AT ISSUE IN 10 TRIAL BUSSINESS COURT TRIAL LIEN LAW DAYS, people —VS— BRYANT SEALS SMITH (NDC) IN COURT ——— dept. ——— Judge ——— clerk ——— ASSESOR ——— Reciever ——— ADMINISTRATOR ——— SUPR(a) —APPLT —Judge ——— VS ——— MAG. —NDC ON DAY ——— MONTH OF ——— IN THE YEAR ——— OR SHORT TITLE ——— NAME ——— VS — COURT ——— IT IS SO ORDERED GRANTED PAGE ONE— By CHIEF — MAG — DATE

DATE TIME COURT DEPARTMENT EXPARTE RE—REPORT—ORDER PLACE Room SEALED —VENUE —ORDER APPLT COMM. —VS— Judges CHIEF MAG. —VS— JUSTI—

PROOF OF SERVICE GRANTING CIVIL LIEN LAW CLAIM

PROOF OF SERVED TO PARTIES

(ABSTRACTS WITH PLAINTIFF A. TITLES) (11) PAGE NUMBER

IN PRO PER
Edgar Lee Warren (4141)
IN composiers with informations
1145 West 2nd Street Apt. #3
Butte County Chico California 95926

EXPARTE CLAIMANT, DECLARANT A ET PLAINTIFFS IN PROPER UNC [WARREN] —INITIONED EX—PETITIONER A ET. PREMOTION — TAX — INFORMATIONS CURATOR ________ ET
□ PRIVAT COUNSEL ______ EIN NO.___SETS
□ PUBLIC EIN NO. ______ defender___()
SEALED TRIAL ATTORNEY() — ETS EGS SEG LES
JUSTICE — EX EXPARTE __DATE __TIME__[ ]
IN THE MATTERS OF A VS Z people (superior)

2007 Clerk ___ stipulation ___ duley ___ HOUR ___ Time ___ Entry To Judgement By clerk By ___ EXPARTE ___ CHIEF ___ Lords ___ VS ___ Lord ___ House of Common Wealth ___ For ___ Special ___ Judgement $ 1,994 USC CASH MONEY DOLLARS + 1 D

ORDER OF EX_EXPARTE — Higher Court — granting — orders well F AT $ 1994 PREMOTION PER CASE F

It is so ORDERED GRANTED By — SEALED — UNC_USSR_UK_gen ass chief — Eldest Baltic — Eldest Eld Berries — or class — partie come first A VS Z Befor First 5 RE STIPULATION() — INITIONED EXPARTE — SEALED RE RECO

THE Z UNITED STATES USC CIVILIAN DISTRICT COURTS
A V.S. B pltts def (SS:) UNITED STATES SAN FRANCISCO P 3RD DISTRICT COURTS OF EXPARTE 19, [1828 2818.19. FED 4TH NDC 1994.1994 Cal appeals [SAN FR
V.S. Z UNITED STATES NORTHERN U.S.C. DISTRICT COURTS
RE 29-6-5.4 Z VS Z For P 2.1ND FEDERAL 3.4TH FREZNO A VS Z FRESNO Z ms
To 99 UNITED STATES OF AMERICIA A VS Z UNITED STATES
USC A VS Z USCA Z SUPRE Z P 4.3 Rd FED 4TH SUPREME
California United STATES USCA NDC A VS Z NDC [EASTERN DISTRICTS
SUA ARREST SPONAT EXPARTE STANDING ORDER CVF 28.19, [181818.19 [2888-2989.19 Z
[SHORT TITLE] RE 2819181818 19 2828-2989.19 Z Z [JUDICIAL EIN Notices]

IN PRO PER
A ET Edgar Lee Warren [CURATOR] ON CLAIMANT, DECLARANT A ET EXPARTE PLAINTIFF SUA SPONATE judgement creditor(s)) PREMIUM EX BELIX — PETITIONERS ETS EGS SEG LES RE THE SAID SIGNATURE PLAINTIFFS V.S. [ET Judgement creditor] of PREMOTIONS # 1994 + 1 DOM

B People — USC — [UNITED STATES] Z VS Z/ms NORTHERN USC FEDERAL DISTRICT COURT FOR SAN FRANCISCO CALIFORNIA, CITY & COUNTY STATE, STATE BAR JUDICIAL JURISDICTION DISTRICTS CHIEF MAGNISTRATE Theldon E Henderson (CALIFORNIA) Rezspondents, detainees ms

[2007-2008] CITATION NUMBER ________ [TAX COURTS CO.
Chico, Oroville SUPERIOR CASE ________
[EXPARTE] VENUE CASE ________ DATE ____
CV-NDC-11:19-2007-5241618205] DATE ____
APPEAL CASE ________ DATE ____ TIME ____
(2007-2008) TITLE 28 USCA 1996 [5241618205]
P 29. Supp Supp FED 19.6-5.4 Z Z STATS Z 1 Z 68
Sct. 1828 PREMOTION NDC 2826
ORDER 2828 2627 2828 GRANTED By CHIEF — EXPARTE — UN SEC COURT — BALTIC LORD CALIFORNIA A VS 1998 5241618205 ms [WISCONSIN WA
EXPARTE MOTION GRANTING NEW SPECIAL MASTERS ORDERS WELL FO CIVIL LAW SUIT PREMOTIONS # 1,994 + 1 D A VS Z demotions declarations orders 2 (WISCONSIN — owes moneys in 10 DAY WRIT TO PREMOTE A VS Z Thur 1999 ms
It is so ordered By A EX 2825 241618205 6 CHIEF — Lord — SEALED — DATE — TIME

2007-2008 VERIFIED JUDICIAL EIN COURTS DEMOTIONS

please make notice on this day 19TH of The month of November in The USC Z 2007 A court A vs Z DATE year 2007 (09) motion To strick SUA SPONATE EXPARTE TIME comes on in court 21 department 26 Room 29 court Room in city San Francisco of San Francisco county of P29-6-5.4 Z The DEPARTMENT STATE OF CALIFORNIA zip code 94103 VS 94102 ATAL Z Higher court Lords

A EXPARTE MOTION GRANTING MODIFICATIONS 2007-2010

(SB) 12 1299

EXPARTE (2) P2ND FED 28.18 2ND] THE DATE 12-24-2007
THE Time 9:56 pm ENTRIES

SONG NAME [ I WANT ]
1618 Z 1618

[P1ST CHOIR] ALL I WANT IS (YOU BABE) NOW ITS (NO SURPRIZE) IVE BEEN WAITING AND MY HEARTS BROKE ALL I WANT IS A HOME (BABE) ALL I NEED IS

[P2ND CHOIRS] 1618 Z 1619
YOU) AND MY FRIENDS NOW, (BECAUSE) LIFES TO SHORT TO BE CHANGEING ANYTHING (NOW) DO YOU WANT A BIT OF ADVICE TELL ME (YEA)

[P3RD CHOIRS] 1619 Z 1621
OKAY, ALL I WANT, IS LOVE AND YOU WHATS YOUR MISFORTUNE) COULD YOU COME OVER HERE AND HUGG ME AND JUST GIVE ME ALITTLE (LOVININ)

[P4TH CHOIRS] 1621 Z 1622
I KNOW PEOPLE COME FROM ALL AROUND "A" TO HEAR) THE WORDS OF SOLOMON AND DAVID AND TO HEAR THE 3RD WOE ITS COMEING ONE OF THESES DAYS

[P5TH CHOIRS] 1622 Z 1623
I KNOW BECAUSE IM (SO LAZY) AND IVE BEEN PRAYINING, (AND) I WANT YOU TO KNOW, HEAR THE WORDS I SAY, IM TIRED OF WAITING FOR LOVE), IM DOWN ON

P6TH CHOIRS] 1626 Z 1627
KNEE'S COULD YOU TALK TO ME, (BABY) I CAN'T WAIT ANOTHER DAY ANOTHER MINUTE (IM SO) UPSET TODAY HONEY COULD YOU JUST FOR THE DAY SAY TO ME,

2007 THE [Δ] DECLARANT [signature] ET CHS INITIONALED THE [Δ] EXPARTE SIGNED A SIGNATURE AS SONG 355. WRITER ETS

1ST [ CONTINUED ]

(2007-2010) CHS See ATTACHED ORIGINAL DOCUMENTS

(TESTING WITH PLAINTIFF'S TITLES) PAGE NO.(1) Reciept DATE ____ TIME ( ) MINUTES ____

IN PROPER
Edgar LEE WARREN
UTILITIES IN COMFORMATIONS 4141 [Req]
Address 1145 W 2Nd STREET #3
CHICO CALIFORNIA 95926 [1431.1469]
ZIP CODE 95926 [RE 1431.1469]

CLERK ____ ADMINISTRATOR ____ RECORDER
SIGNATURES ____ SIGNATURE
SIGNATURE ____ DATE ____ TIME ____
ASSESOR ____ RECORDER ____ DATE ____ TIME ____

CVF 28 UN 1828 Z 28181928

ORDER FOR COURTS SPEEDY TRIALS DEFAULTS

EXPARTE IN RE SUA EXCELL SPONATE
EIN NO. ____ SOC. SEC. ____ ETS
EX A EXPARTE NAME ELW / INITIONAL
ATTORNEY CLMT, Edgar LEE WARREN (PLTF)
PETITIONER ____ ET.
☐ PRIVATE ATTORNEY ____ EIN NO.
☐ PUBLIC USCA DEFENDER ____ ETS
STATE BAR EIN NO. ____ NDC ____
CALIFORNIA ____ USES ____ Fees ____ PERMIT No.
Higller PRIVATE [SEALED COURT COUNSELS]
It IS So ordered ____ under ____ seal
COURT NAME ____ P ____ TH ____ USCD ____ DIST.
JUSTICE ____ APPLT ____ NDC ____ CIR ____ MAG. ____
Supreme ____ Supra ____ Judge ____ clerk ____

EXPARTE PROTECTIONS COURTS
Special ORDER ____ SEALED ____
ON ____ Findings ____ of ____ THE ____
INFORMATION() ____
USC ____ Lead ____ grand ____ JURY
JUSTICE ____ EXPARTE ____ ORDER
MAGNISTRATE ____ EX PARTE ____ ORDER
MAG. ____ CIRCUIT ____ NDC ____ order
MAG ____ DISTRICT ____ NDC ____ order
APPLT ____ Judge ____ order
VENUE ____ Judge ____ order
Sealed ____ DATE ____ Time ____ orderD ____ Hour ____ MINUTES

SS} IN THE MATTERS OF
A VS B Cal NDC Z appeals

THE UNITED STATES U.S. SAN FRANCISCO CALIFORNIA
U.S. COURTS OF Admissions To BAR ENTRY
ELECTRONIC SPECIAL Via SATELLITES CIVIL COURTS MASTERS SUBMISSIONS
[2007-2014] LIMITED ENTRYS EXPARTE 1996 [1997. 1998. 1999. 2992]
(2007-2008) SHORT TITLE NAME UNC(WARREN) VS UTAH [2007-2008] CITATION [Judicial notices] NUMBER.
It IS SO EX ____ ORdered SUA SPONATE VS WISCO[ISN] [2007-2008]
VS WISCONSIN (USCA) Chief JUSTICE ____

IN PRO PER A ET
A Edgar LEE WARREN THE A ETS AS THE A ET)
LEAD PLAINTIFF, CLAIMANT SEEKING, CLAIMS
ON CIVILIAN CLAIMANT DECLARANT COUNSELS)
EXPARTE 18191099919 ORDER 21541541
BALTIC 21541541-21122093 JOINERS)
SPECIAL NON-CONFLICT ATTORNEYS MASTERS)
SELF PRESERVATIONS CURATOR; ETS NY+ISld
The ELIES, ELLIS, ELSINIERS EIN NO. ____ JET)
A EX SEALED ____ AFFIDAVITS ____ ORDERS TO SHOW CAUSE)
V.S. PETITIONER ____ Judgement TATIONS CREDITORS ____ ETC)
A People ____ USC ____ Judges ____ [UNITED STATES]
Federal Local 39. [3-12-3-35] ORDERS)
Thru California JURYS ____ VS ____ UNITED STATES)
UTAH [2] UNITED STATE SAN FRANCISCO COURTS OF)
WISCONSIN Appeals A CALIFORNIA US SUPREMES)
[2] JUSTICE RONALD A GEORGE EXPARTE ____ TALS)
[2] JUSTICE
[2] JUSTICE

CASE NUMBER [ ]
CV-
CR-
CRIM-
(2007-2011) CVF 49, 94 UN SEC. RES NO. 1819281
CAMP DAVID A VS Z [OPEC], Geneva G.18
(2007-2008) TAX COURTS COSTS SUA-SPONATE
TITLE 28 USC A 1994 (USC ____ CVF 1992.199
P28TH USCA NDC COURTS OF APPEALS
ADMINERAL NDC [ALR 2992-2998] 3687
2Nd CAUSES OF CROSS-COMPLAINTS ACTIONS
GENERAL Negiligences CRF 37, 1538.49.4
A MOTION FOR Higller USCA ____ VS ____ USC A
A COURTS TRIAL CIVIL ____ VS ____ CRIMINAL
A COURTS SPEEDY TRIAL COUNSELS
By ARTICTLES, STATUES, TITLES, Regulat.
It Is So ordered GRANTED By ____

SS} please MAKE COURT NOTICE 1541 OF SETTING ____ DATE
A CIVIL ET LAW SUIT MATTER (A) ET MOTION 1469/1541 TIME
COMES ON BEFOR THIS COURT ON DAY ____ OF COURT
THE MONTH ____ IN THE SAID YEAR 2007 (ad) DEPT.
ON OR ABOUT TIME 831 am Hour 831 am MINUTES 831 am ROOM NO.
IN COURT 19 DEPARTMENT 21 ROOM NUMBER 18 EXPARTE JUSTICE

2007-2008 MOTION FOR SPEEDY TRIAL NON CONFLICTINGS LEGAL USCA COURTS COUNSELS

(SB) 12 1299

put one copy of papers pages (2) (3) (4) ATTAched Here

→ To [This document] page 1.

NOTice Befor you put you ORIGINAL signatures ON pages (2), (3) (4) ATTAched Here

EACh DocumenT should Have [4 pages ToTAL]

1 set PER MOTION
13 To 15 Days Ahead OF The DATe Today

1 set PER WRIT
5 To 8 DAYS Ahead OF DATe Today + Time

1 set PER COMPLAINT
13 To 35 DAYS Ahead OF The CURRENT DATe + Time

2007 [MAKe photo copies] Than 2010 (ad) FirsT Befor you SIGN EAch packeT

[2007-2010] Edgar LEE WARREN [do EAcH STep] MARKed Above, place 1 cover Then MAKe 3 copies For per EAch Top sheeT

[Top sheeT] → [ABSTRACT WITH plaintiff Titles] see Top LeFT CORNER OF Each paper pages

PAGE 3. DATE ______ TIME ______ MINUTES ______

(2007-2010) TITLE 28 USC [A] 1988 (1469.1687.1988) CITATION NO. ______ CITATION NO. ______ Superior CASE ______ Venue ______

RE [memorandum points in authorities] CIVIL Federal CASE ______ GRANTING MOTIONS TO QUASH APPEAL CASE ______ COURT ______ CITATIONS Then charges Then counts DATE ______ TIME ______ MINUTES ______

[2007-2008] ON good CAUSE Shown GRANTed ON CRIMINAL ______ Appeal ______

☐ IF INMATE NAME ______ WAS IN JAIL ☑ 2006 OR ☑ 2007 ON DATE ______ Time ______ Hour ______ minutes ______ Befor judge ______ dept. ______ venue judge ______ department ______ COURTROOM ______ Then Leased on ______ DATE ______ FULL Credit ______ Time ______ IN CUSTody ☐ WAS SERVED ______ The people Have ☑ 10 DAYS To Supply ORIGINAL HEARING ☐ when Released This AFTER ☑ 10 DAYS people vs wilson ☑ 15 DAYS people vs Johnson CRF 99.128.758.9 peoplevs Tideman 28 US 1007 (1008.1009. 29-28) 1988 Z 1989 Applies ccp 1958 FORM 1958.29

PLAINTIFF BACK GROUND pleadings [SUMMARY PRAYER] REPORT 2828 (3599.58 GRANTING COURTS ORDERS WELL FLOW FOR COURT COST $ 19,999 puneTive $ 10,800 CIVIL $ 35,800 Reliefs $ 45,60L MONETARY $ 99,800 AWARD $ 79,800 venue change $ 10,000 COURTS $ 1,999 Fees

when A MAN OR WOMEN IS physically Held IN CALIFORNIA JAIL 2006 OR IN CUSTody 2007 IN JAIL, The COURTS ☑ Have only 10 DAYS Due process Any WARRANT IS 100% percent illegal ☐ AFTER (10 prior AIR CONTRACT DAYS, OUR BINDING ☑ people vs JOHNSON 19 USC 739 add 16 Z 657 Fleming add Tideman 969.1 IF Edgar Lee WARREN LEFT The COURT Beyond 60 CONTRACT TRIAL DAYS ☑ MAXIMUM Due WARRANTATION civil CRIMINAL PROCESS 18 USC 19 USC 1007 (10. 19 US 1388 (1387.138

PLAINTIFF COURT ORDER GRANTING [MOTION TO STRIKE] 1989 Z 1989 (ccp 1956,63 SUMMARY REPORT 2828 ORDERS 1988 RE 28688 ORGANS 28,988 H/S 49,988 CVF 28 US CCP 1958 CRF 49 UNC 1958 (1951-1994) puneTive Defaults $ 1994 amend The COURTS Have No ☑ power Beyond ☑ 10 DAYS ☑ 15 DAYS ☑ 19 TRIAL DAYS NOT Beyond ☑ 30 DAYS ORDER TO show CAUSE EXSPIRES ☑ 40TH TRIAL DAY CCP 119 TO CCP 139 Rules [2][2] Thur 1998-1999 [2][2][2][2][2] P6.1541 (321) ALL COURTS Legal US —USCA—USC— COURT ORDERS people vs Tideman (SB) 61 TO (SB) 1999 CIVIL LAW SUITS $ 1999 puneTives Applies TAX COURT [ADA] [TITLE] 19-16 [5][2][2][2][2] VIOLATIONS 19 UNC 1958 INS 19.131 FORMS 1387.139 1991 (471) ORDER 1992 (471-688)

There A 60 TOTAL TRIAL 18 USC 1389 (1388.133.209.1387.209.1382 Legal Speedy TRIAL STATUE Its CRF 19. [1389.1961.] Rules 1951 TO 1999 19,1382 (166 657 1043 1098.1099 TAX Frauds 1099 USC 1331 US 1332.1342 26,1382 [CONTEMPT] 19 USC 1389-1382.1342 (14.1342) 141382 CONTEMPTS See ccp 119 TO 139 TIME LIMITS Judge ______ GRANTING ______ MOTION ☐ CASES DISMISSED ☑ FOR good CIVIL LAW SUIT CAUSE Shown DATE 4-19-2007 TIME [EXPARTE NOTICES] OF SUA ARREST SPONATE VS ONE [UNITED STATES SUPP [A] 37 wheat [A] VS [2] CORN (Cal NDC) Z Appeals Z (2000-2010) TITLE EX (PLTF) 28 UNC 2828 (478-688) USSR 688 (1958.1541.1688.1799 1853.1916-1994)

BECAUSE P 5TH DIST 166 USC 657 US 922 US 966 (967.969) US 1043 (1043 P6.6TH CIR.—DIST.—Rules 14 1382 Rules 1331 TO 1999-1999 [2][2][2][2][2] FORM 1988 Z 1988 Applies [A] INFORMATION A VS B people ______ FORM 1958 COURTS ______ PAGE 3

[A] pleadings By DECLARANT DECLARATION (SB) 281299 [A] BACK GROUNDS ☑[A] RE MINUTES (memorandum SET AT ______)

DATE 12-24-2007
TIME 9:58 pm via minutes

(A) EXPARTE (4) P 2.4 NRTH DIST 28.184.2 FED 4] 3.2 N DISTRICT 154
(B) THE SONG NAME [INSULATIONS OR]

[P 1ST CHOIR ] 1641 Z 1642

IVE BEEN TALKING TO YOU, IVE BEEN (Thinking AGIAN) MANVILLE (INSULATIONS OR) OWENS CORNINGS "OH" The HARDWARE STORE OR ACE HAS A SPECIAL

[P 2ND CHOIRS ] 1642 Z 1643

ON SALE, TODAY OR THIS WEEKENED (OUR) YOU STILL GOING TO TOWN TODAY) OR THIS WEEKENED. HEAVEN JUST WONT WAIT WHEN THERES A SPECIAL

[P 3RD CHOIRS ] 1643 Z 1644

ON SALE) I LOVE WORKING ALL NIGHT The SECURITY LIGHTS OUR SO BRITE, (JUST TELL ME) DO YOU WANT TO RIDE THEM COWBOY HAW SMITH

[P 4TH CHOIRS ] 1647 Z 1647

LETS TALK AWHILE OR DO (SOME INSULATIONS) BEFOR THIS WINTER COMES AND CHANGES WEATHER OR CATCHES US OFF GUARD (AT HOME) DURING A WINTER STORM

[P 5TH CHOIRS ] 1647 Z 1648

LAST NIGHT, I FELT SO TIRED) I DIDNT SLEEP A WINK, ITS LIKE PROVERB WORKING AT NIGHT JUST ANOTHER PROBATE CODE TELL ME SOMETHING DO YOU

[P 6TH CHOIRS ] 1648 Z 1656

(CARE) OR WANT TO STOP FOR LUNCH (YEA) TELL ME) WANT TO WORK SOME MOORE OR STOP FOR LUNCH IM TIRED AS HELL AND MONEY HUNGRY (WITH NO SLEEP) NEEDING A LUNCH BREAK. A LITTLE ME R.E.R I GUESS "YEA"

2007 THE (A) DECLARANT Clinton Harry Stoddard ET / CHS INITIONALED

THE (A) EXPARTE SIGNED A SIGNATURE AS SONG 356. WRITER

3RD [ CONTINUED ]

(2007-2010) CHS SEE ATTACHED ORIGINAL DOCUMENTS

CVF 28 STATS 28 TITLE PAGE 2 DATE ____ TIME ____ (

FIRST CAUSE OF ACTION COURTS ORDERS USCA 1958 USCA 1959 CITATION ____ CITATION ____

WELL SO BE DIRECTED TO HIGHER COURTS SUPERIOR CASE ____ VENUE ____ MOTION AND ORDER GRANTING MODIFICATIONS CIVIL CASE ____ COURT ____ APPEAL CASE ____ COURT ____ DIST USCA __ COURTS __ OF __ NDC __ APPEALS DATE ____ TIME ____ MINUTES ____ ON CITATION ____ ISSUED BY OFFICER ____ CHICO CITY ____ BADGE ____ IDENTIFICATION ____ □ WHITE OR □ BLACK □ HISPANIC □ LATIN STATS 28 USC 521 COLOR BY HIS __ OR __ HER() __ COLLAR OF CVF 1999 US 521 (28 people VS MC INTIRE (2000-2010) TITLE 28 USC 1958 INS UNC IMM FORM 195 ATTACHMENT CCP 758 RULE 758 USCA 1988 A VS B APPLIES 28 USC 1538 ILLEGAL ALR (DMV) ALR, PRIVACIES __ □ YES OR □ NO, BINDING CONTRACT □ THIS POLICE OFFICER DID NOT SHOW AND 48 HOURS ARREST WARRANT IN BOTH CASE(S) SINCE OUT OF JAIL CUSTODY 10 DAYS PRELIMARY HEARINGS APPL BACK TO PRIOR CASES __ OR FILES — YOU NEED YOUR NOTICE OF APPEAL 99. 133. 1539

2ND CAUSE OF RELATED CIVIL LAW SUIT CASES 28 USCA 1958 (1959. 19

NOTICES OF RELATED CASES ____ CASE ____ CASE APPEAL __ PREMATURE __ GRANTING MOTION AND ORDERS 1988 (758 OF FULL USCA __ VS __ USC __ PEOPLE (UNITED STATES __ DEFENDANTS (2001) TITLE 28 US 521 IS COLOR BIAS USC 526 AC / DC BIAS 31 USC 527 (52 CRIMINAL USC __ VS __ USC Cal NDC — INFORMATIONS GENERAL NEGLIGEN YOU MUST MEMORANDUM TISCE(S) EACH CITATION EACH 10 DAYS PERIOD PEOPLE VS JOHNSON (CHICO __ VS __ CAL NDC Z APPEA (2001-2011) TITLE 19 USC 1539. RULE 19-19 IS ILLEGAL 31-31 (527 PROHIBITIONS TO SEARCH TO SEARCH OR SIEZURE BEYOND 15 PRIOR DAY FROM OUT OF CUSTODYS ILLEGAL JAIL (CREDITS) ILLEGAL 28 USC 1538 (1539. 131. 132. 133 DUE PROCESSES S CT. 1101 1318 1387 1432 1469 1538, 1539. 15 1540 [1541. 28-29]

STIPULATION MINUTES CIVIL SET AT ISSUE MEMORANDUM POINTS AND AUTHORIES GRANTING $ 1994 DEFAULT AND $ 1,00 TAX DMV, WRONGDOER 19,299 CCP 349. RULES 631. STATS 28-28 1958 CA USC Z 1958. 29-28 IF MR. EDGAR LEE WARREN, (AKA) SUMMERS, 4141 DNA, JORDAN (NIKE VS PAYLESS SHOES PLAINTIFF INMATE CCP 631. ROSS STATS PATTON 28-28 ON DAY __ DATE ____ YEAR ____ I DECLARANT ____ SIGNATURE ____ PLAINTIFF CLAIMAN IN JAIL ON ____ DATE ____ DAY ____ MONTH ____ YEAR ____ WAS LAST CASE ____ CASE ____ CASE ____ JUDGE ____ JUDGE ____ (90) CASE ____ COURT ____ DEPARTMENT ____ COURTROOM ____ □ THE LAST OUT OF CUSTODY DATE ____ TO PROVIDE YOU HAVE 10 DAYS FROM A LEGAL WARRANT PEOPLE VS JOHNSON PRELIMINARY HEARING USC 740 WRITTEN USC 741 (759) 18 USC 737 USC 738 USC 739 CANNOT BE ISSUED AFTER 15 DAYS YOU HAVE CVF 31 USC 1382 STATS 37-37 STATUES TO UPHOLD YOUR BEYOND 10 DAYS BEYOND 18 DAYS BEYOND 69 DAYS YOU FAILED TO 39 USC 37. 1538. 1387. 1388. STATS 49. 98. 128. 131-131 MILLER + STAR PEOPLE VS TIDEMAN PEOPLE VS OWENS

1ST CAUSE OF ACTIONS 8 9 RELATED CASES 3-12 18 MINUTES STIPULATIONS (SB) 28 1299 CVF 19 MR 39. 28 ET

EXPARTE (3) p. 23rd 28. 18. 3-2 TED 3] 2NRD DATE 12-24-2007 Time 957 pm

THE SONG NAME [ FOR A PARTY ]

[ P1ST CHOIR ] 1628 Z 1628

IM Headed FOR A PARTY) I Am Headed FOR The FARM, IVE Been WAITING FOR The SUN To Come (UP) Its So EARly The hens Haven't Had Time To (Lay Her)

[ P2Nd CHOIRS ] 1628 Z 1629

Eggs) But Honey, IM Headed FOR (Bed) JUST AS SOON AS I FINISH WORK) OR get Done WhAT EVER Comes FIRST The chickens OR The Eggs

[ P3RD CHOIRS ] 1631 Z. 1631

Hey LOVERS) Hey girls) Have you Been OUT ON The FARM LATley, OR HAS It Been DAYS) weeks Hey Honey do you WANT To Ride To (TOWN Today)

[ P4TH CHOIRS ] 1634 Z. 1635

ABout Lunch Time MAY Be ILL (Buy Today) Sense IM DRIVEING, AND Headed FOR A NERVIS (Breakdown) OR FOR A PARTY BUT NOT FIVE (Its To SMALL)

[ P5TH CHOIRS ] 1636 Z. 1637

FOR ME IM A Big (Guy) AND STILL Looking FOR Love) IN all The WRONG PLAEES) MAYBE MY Lucky well change DURING LUNCH BREAK. (Today)

[ P6TH CHOIRS ] 1638 Z 1639

Because IM Buying) you) A Sandwhich Today, Its Been weeks Sense we Had (Lunch Together) well proabablely TALK FOR Hours OR PARTY OR PLAY I Love you (THAT much) Do you EVEN CARE IF I go IF I STAY) I Love A good PARTY.

2007 THE (A) DECLARANT [signature] ET CHE INITIONALED THE (A) EXPARTE Signed A SIGNATURE AS Song 356 WRITER

2Nd [ CONTINUED ]

(2007-2010) CHE See ATTACHED ORIGINAL DOCUMENTS




USA FIRST-CLASS FOREVER
USA FIRST-CLASS FOREVER
TTE COUNTY JAIL INMATE
OFFICE OF The CLERK, U.S.
District Court NORTHERN
District OF CALIFORNIA
450 GOLDEN GATE AVENUE
San FRANCISCO, 94102