Edgar Lee WARREN
Inmate ID: 137286
35 County Center Dr.
Oroville, CA 95965

**FILED**
JUN 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Edgar Lee WARREN,
    Plaintiff,

vs.

Butte County Jail, Defendant.
Doctors and medical staff

CASE NO. CV 08 2787 MHP (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, Edgar Lee WARREN, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: A/N    Net: _____

Employer: _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.   (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  *Know work But been on SSI about*
5  *all his life.*
6  _____

7  2.      Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9      a.   Business, Profession or        Yes ___  No _X_
10         self employment
11     b.   Income from stocks, bonds,    Yes ___  No _X_
12         or royalties?
13     c.   Rent payments?              Yes ___  No _X_
14     d.   Pensions, annuities, or        Yes ___  No _X_
15         life insurance payments?
16     e.   Federal or State welfare payments,  Yes ___  No _X_
17         Social Security or other govern-
18         ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 *None*
22 _____

23 3.      Are you married?                         Yes ___  No _X_
24 Spouse's Full Name: *MR. Warden was married not any more*
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $ *None*  Net $ _____
28 4.      a.   List amount you contribute to your spouse's support:$ _____

|   |   |   |
|---|---|---|
| 1 | b. | List the persons other than your spouse who are dependent upon you for |
| 2 |   | support and indicate how much you contribute toward their support. (NOTE: |
| 3 |   | For minor children, list only their initials and ages. DO NOT INCLUDE |
| 4 |   | THEIR NAMES.). |

5  Sey I have children-2- of Them

6  _____

7  5. Do you own or are you buying a home?        Yes ___ No X

8  Estimated Market Value: $_____ Amount of Mortgage: $_____

9  6. Do you own an automobile?        Yes ___ No X

10  Make _____ Year _____ Model _____

11  Is it financed? Yes ___ No X If so, Total due: $_____

12  Monthly Payment: $_____

13  7. Do you have a bank account? Yes ___ No X (Do not include account numbers.)

14  Name(s) and address(es) of bank: None

15  _____

16  Present balance(s): $_____

17  Do you own any cash? Yes ___ No X Amount: $_____

18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19  market value.)  Yes ___ No ___

20  _____

21  8. What are your monthly expenses?

22  Rent: $_____ Utilities: _____

23  Food: $_____ Clothing: _____

24  Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| None | $_____ | $_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

not that I know and Warren was on SSI

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?  Yes _X_  No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

MR. Edgar Lee Warren don't know But his attorney know MR. FRdRick A. McNeill and Butte County Jail want let Warren get ANY Phone call through to him Are mail

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

may 29-2008                    Edgar Lee Warren
DATE                           SIGNATURE OF APPLICANT

MR. FRdeRick A. McNeill
attorney at Law
Phone Number (310) 497-2124
2011 ARlington HV
Los HNgeles, CA 90018

RIS. APP. TO PROC. IN FORMA PAUPERIS        - 4 -

|   |   |
|---|---|
| 1 |   |
| 2 | Case Number: _____ |

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Edgar Lee WARREN_ for the last six months
[prisoner name]
_Butte County Jail_ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _Ø_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _55 ¢_.

Dated: _May 19-2008_         _____
[Authorized officer of the institution]

Edgar Lee Warren had know money on the books in six months here in Butte County Jail But 55 ¢ on the books and Authorized officer of the institution here at Butte County Jail Will not put they signature on this form however see Exhibit's on this issue and see exhibits that show how much money Warren had on the books from July 23-2007H up to May 2008

Edgar Lee Warren

-5-