UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re.

EDGAR LEE WARREN,

    Plaintiff.
_____/

No. C 08-2787 MHP (pr)
No. C 08-2859 MHP (pr)
No. C 08-2861 MHP (pr)
No. C 08-2862 MHP (pr)

**ORDER OF TRANSFER**

    Edgar Lee Warren filed these four pro se civil rights actions under 42 U.S.C. § 1983, complaining of acts and omissions at the Butte County Jail in Oroville, California. Oroville is in Butte County, and that county is within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Defendants are individuals employed at the jail as well as the municipality of Butte County; they apparently reside in the Eastern District of California. Venue therefore properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer these matters forthwith.

    IT IS SO ORDERED.

DATED: June 17, 2008

                                            Marilyn Hall Patel
                                            United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR LEE WARREN,<br><br>           Plaintiff,<br><br>  v.<br><br>BUTTE COUNTY JAIL et al,<br><br>           Defendant.<br>_____/ | Case Number: CV08-02787 MHP<br>                      CV08-02859 MHP<br>                      CV08-02861 MHP<br>                      CV08-02862 MHP<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 18, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Edgar Lee Warren 137286
Butte County Jail
35 County Center Drive
Oroville, CA 95965

Dated: June 18, 2008

                                                Richard W. Wieking, Clerk
                                                By: Frank Justiliano, Deputy Clerk