| | | | |
|---|---|---|---|
| **ECFHELPDESK/CAND/09/USCOURTS** | To | Gina Agustine/CAND/09/USCOURTS@USCOURTS | |
| 07/22/2008 01:44 PM | cc | | |
| | bcc | | |
| | Subject | Fw: Case ready for transfer | |

Thank you,

~The ECF Help Desk for the Northern District of California
http://ecf.cand.uscourts.gov

ECF TIP:
You should only scan documents which exist only in paper. All others should be converted to PDF directly from your computer.
For more info, please see our FAQ sections.

----- Forwarded by ECFHELPDESK/CAND/09/USCOURTS on 07/22/2008 01:44 PM -----

| | | | |
|---|---|---|---|
| **Jeremy Donati/CAED/09/USCOURTS** | To | ECF-CAND@cand.uscourts.gov | |
| 07/22/2008 11:51 AM | cc | Dawn Waggoner/CAED/09/USCOURTS@USCOURTS | |
| | Subject | Re: Case ready for transfer | |

The Case has been opened, the new CAED case # is 2:08-cv-1679 KJM.

Thank you,



Jeremy J. Donati
Operations Supervisor
United States District Court
Eastern District of California
(916) 930-4053

ECF-CAND@cand.uscourts.gov

| | | |
|---|---|---|
| 07/22/2008 11:18 AM | To | InterDistrictTransfer_CAED@caed.uscourts.gov |
| | cc | |
| | Subject | Case ready for transfer |

```
CASE: 3:08-cv-02787
      Title  : Warren v. Butte County Jail
      NOS    : 555 (Prisoner:  Prison Condition)
      Cause  : 42:1983pr (42:1983 Prisoner Civil Rights)
      Remarks: CSA: Gina Agustine

REASON: Case is ready for transfer from California Northern District.

DETAILS: Copy and paste this URL into the Prepare Transferred Case program.

//ecf.cand.circ9.dcn/cgi-bin/TransferDataFile.pl?file=./caed/cand_308cv02787_t
ar.gz&checkSum=29153&fileSize=1198884
```